IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01586-MSK-MJW

SHIELA RASMUSSEN,

    Plaintiff,

v.

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA;
PRUCO LIFE INSURANCE COMPANY;
JEFFREY COATES AND ESTATE OF MELINDA COATES

    Defendants.

---

### ORDER GRANTING JOINT MOTION TO VACATE THE SCHEDULING/PLANNING CONFERENCE SCHEDULED FOR NOVEMBER 12, 2009 AND THE REQUIREMENT TO FILE A SCHEDULING ORDER
( Docket No. 15 )

---

This matter comes before the court on a Joint Motion to Vacate the Scheduling/Planning Conference Scheduled for November 12, 2009, and the Requirement to File a Scheduling Order.

The Joint Motion to Vacate the Scheduling/Planning Conference Scheduled for November 12, 2009, and the Requirement to File a Scheduling Order is hereby granted.

The Scheduling/Planning Conference scheduled for November 12, 2009, is vacated.

The requirement of filing a scheduling order is vacated.

If a Consent Order has not been filed by December 11, 2009, plaintiff's counsel shall file a status report on or before that date.

DATED this 3rd day of November, 2009.

BY THE COURT

Michael J. Watanabe
United States Magistrate Judge